# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 09-1318 September Term 2010

EPA-74FR66412

Filed On: December 7, 2010

Arkema Inc.,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------
Consolidated with 09-1335

**BEFORE:** Sentelle, Chief Judge, Brown, Circuit Judge, and Senior Circuit Judge Randolph*

## O R D E R

Upon consideration of the motions of Honeywell International Inc., et al. and E. I. du Pont de Nemours and Company for leave to file motions to intervene out of time, the joint oppositions thereto, and the replies; and the lodged motions of Honeywell International Inc., et al. and E. I. du Pont de Nemours and Company for leave to intervene, it is

**ORDERED** that the motions for leave to file motions to intervene out of time be denied.

### Per Curiam

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                          BY:    /s/
                                      Michael C. McGrail
                                      Deputy Clerk

* Senior Circuit Judge Randolph would grant the motions for leave to intervene out of time and motions for leave to intervene.