# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 09-1318                        September Term 2010

EPA-74FR66412

**Filed On:** January 21, 2011

Arkema Inc.,

        Petitioner

        v.

Environmental Protection Agency,

        Respondent

------------------------------

Consolidated with 09-1335

        **BEFORE:**     Sentelle, Chief Judge, and Ginsburg, Henderson, Rogers, Tatel, Garland, Brown, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

Respondent's petition for rehearing en banc and the joint response thereto were circulated to the full court, and a vote was requested. Thereafter, a majority of the judges eligible to participate did not vote in favor of the petition. Upon consideration of the foregoing, it is

**ORDERED** that the petition be denied.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                               BY:     /s/
                                               Michael C. McGrail
                                               Deputy Clerk